IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RACHEL KINGSLEY,

   Plaintiff,

    v.

TELLWORKS
COMMUNICATIONS, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-4419-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 63] of the Magistrate Judge recommending denying the Plaintiff's Motion for Partial Summary Judgment [Doc. 39] and denying the Defendants' Motion for Summary Judgment [Doc. 42]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Partial Summary Judgment [Doc. 39] is DENIED and the Defendants' Motion for Summary Judgment [Doc. 42] is DENIED. The parties are directed to submit a joint consolidated pretrial order within 28 days from the date of this Order.

T:\ORDERS\15\Kingsley\r&r.wpd

SO ORDERED, this 15 day of June, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge